442

In re Estate of Harris Katz, Deceased.
Irwin Katz, Executor of Will of Harris Katz, Deceased,
Appellant, v. Claim of Buick and Guild and Carl
M. Pedersen and Company, Appellees.

Gen. No. 43,735.

opinion
filed October 14, 1946; released for publication October 28, 1946. Freeman & Freeman, for appellant; Earl Freeman, of counsel; John S. Wegerzyn and David H. Kraft, for appellees; David H. Kraft, of counsel. Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.